Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Tel: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff*

ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for Defendant,*
*CREDIT ONE BANK, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID McCOLLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | Case No. 2:17-CV-02153- RFB-NJK<br><br>[Lead Case No. 2:17-CV-02153- RFB-NJK<br>Consolidated with:<br>Case No. 2:27-cv-02210-JAD-GWF,<br>Case No. 2:17-cv-02222-RFB-GWF,<br>Case No. 2:17-cv-02223-APG-VCF,<br>Case No. 2:17-cv-02224-RFB-CWH,<br>Case No. 2:17-cv-02225-JAD-GWF,<br>Case No. 2:17-cv-02226-JCM-CWH]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(L.R. 8-3)** |

# STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff DAVID McCOLLOUGH, (hereinafter, "Plaintiff"), Case No. 2:17-CV-02224-RFB-CWH and Defendant CREDIT ONE BANK, N.A. ("Defendant"), through their respective counsel as follows:

WHEREAS, the Complaint was served on Defendant on September 22, 2017;

WHEREAS, the deadline for Defendant to respond to Plaintiff's Complaint was October 13, 2017;

WHEREAS, Plaintiff and Defendant (collectively referred to as the "Parties") agreed on October 13, 2017 to extend the deadline for Defendant to respond to Plaintiff's Complaint to October 27, 2017;

WHEREFORE, the Parties hereby stipulate that Defendant shall have an extension of time up to and including October 27, 2017 within which to respond to the Complaint. This request does not exceed 30 days from the date the original response was due.

**IT IS SO STIPULATED.**

KAZEROUNI LAW GROUP, APC

Dated: October 16, 2017

s/ Michael Kind
Michael Kind
Attorney for Plaintiff,
*DAVID McCOLLOUGH*

ALVERSON, TAYLOR, MORTENSEN & SANDERS

IT IS SO ORDERED:

s/ Kurt R Bonds
Kurt R Bonds
Attorneys for Defendant,
*CREDIT ONE BANK, N.A.*

RICHARD F. BOULWARE, II
United States District Judge
DATED: October 17, 2017.

## **ATTESTATION AND CERTIFICATE OF SERVICE**

I, Therese Jenks, am the ECF user whose identification and password are being used to file the Stipulation to Extend Time to Respond to Complaint. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation to Extend Time to Respond to Complaint provided their authority and concurrence to file that document.

Dated: October 16, 2017　　　　　　s/ Therese Jenks
　　　　　　　　　　　　　　　　　　Therese Jenks

\\atms-fs2\data\kurt.grp\Teri\McCollough (David) - Stip to Extend.docx

{00075928;1}

3
Stipulation to Extend Time to Respond to Complaint
Case No. 2:17-CV-02153- RFB-NJK