1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11  BOBBIE COOPER, et al.,       )    Case No. 2:17-cv-02153-RFB-NJK
                               )

12            Plaintiff(s),     )    ORDER
                               )

13  vs.                         )    (Docket No. 35)
                               )

14  CREDIT ONE BANK, N.A.,     )
                               )

15            Defendant(s).    )

16      Pending before the Court is Plaintiffs' proposed discovery plan and scheduling order. Docket

17  No. 35. Plaintiffs submit that Defendant will not join the discovery plan because it intends to file a

18  motion to stay discovery. *Id.* Local Rule 26-1(a) requires the parties to submit a stipulated discovery

19  plan and scheduling order. Therefore, the Court **DENIES** Plaintiffs' proposed discovery plan and

20  scheduling order. Docket No. 35. If Defendant intends to file a motion to stay discovery, it must do so

21  no later than December 1, 2017.[1]

22  //

23  //

24  //

25  //

26

27       [1] The Court expresses no opinion herein regarding the merits of any potential motion to stay

28  discovery.

1    If no motion to stay discovery is filed by that date, the parties shall file a joint proposed discovery plan

2    no later than December 4, 2017.

3            IT IS SO ORDERED.

4            DATED: November 28, 2017

5                                                    _____
                                                     NANCY J. KOPPE
6                                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28