John S. Delikanakis
Nevada Bar No. 5928
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: mparetti@swlaw.com

*Attorneys for Defendant Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBIE COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | CASE NO.: 2:17-cv-02153-RFB-NJK<br><br>(And Consolidated Case Nos. 2:17-cv-2210, 2:17-cv-02222, 2:17-cv-02223, 2:17-cv-2224, 2:17-cv-2225, and 2:17-cv-2226)<br><br>**SUBSTITUTION OF ATTORNEY** |

Kurt R. Bonds, Esq. of ALVERSON, TAYLOR, MORTENSEN & SANDERS, hereby consents to Snell & Wilmer L.L.P.'s Substitution as Counsel of Record for Defendant CREDIT ONE BANK, N.A. ("Defendant").

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

All future correspondence, notices, and pleadings are to be directed to John S. Delikanakis, Esq. and Michael Paretti, Esq., of the law firm Snell & Wilmer L.L.P., at 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169, telephone (702) 784-5200 and facsimile (702) 784-5252.

DATED this 2̲8̲ day of November, 2017.

                    ALVERSON, TAYLOR,
                    MORTENSEN & SANDERS

                    By: _____ 13779
                    Kurt R. Bonds
                    Nevada Bar No. 6228
                    6605 Grand Montecito Pkwy., Suite 200
                    Las Vegas, NV 89102

John S. Delikanakis, Esq. and Michael Paretti, Esq., of the law firm Snell & Wilmer L.L.P., hereby accept substitution as counsel for Defendant for all purposes in the above-entitled action, in the place and stead of Kurt Bonds, Esq. of ALVERSON, TAYLOR, MORTENSEN & SANDERS.

DATED this 2̲8̲t̲h̲ day of November, 2017.

                    SNELL & WILMER L.L.P.

                    By: _____
                    John S. Delikanakis
                    Nevada Bar No. 5928
                    Michael Paretti
                    Nevada Bar No. 13926
                    Las Vegas, NV 89169

///
///
///
///
///
///
///

- 2 -

Defendant hereby substitutes and appoints John S. Delikanakis, Esq. and Michael Paretti, Esq., of the law firm Snell & Wilmer L.L.P., as their counsel in the place and stead of Kurt R. Bonds, Esq. of ALVERSON, TAYLOR, MORTENSEN & SANDERS.

DATED this 27th day of November, 2017.

CREDIT ONE BANK, N.A.

By: _David C. Bowe_

Title: _Executive Vice President_

## ORDER

IT IS SO ORDERED.

Dated: November 29, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200