# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE COOPER, et al., | Case No. 2:17-cv-02153-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 51) |
| CREDIT ONE BANK, N.A., | |
| Defendant(s). | |

Pending before the Court is the parties' notice of settlement. Docket No. 51. The Court **ORDERS** the parties to file a stipulation of dismissal no later than August 3, 2018.

IT IS SO ORDERED.

DATED: June 5, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge